BOROUGH OF HASBROUCK HEIGHTS, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Submitted October 31, 1941—Decided January 9, 1942.

For the appellant, *Chandless, Weller & Kramer.*

For the respondents, *Selick J. Mindes.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Donges, Heher, Perskie, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 14.

*For reversal*—None.